FILED

04/20/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0030

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0030

WILLIAM M. SOLEM and ELLEN G. SOLEM,

Plaintiffs and Appellees,

v.

STATE OF MONTANA, DEPARTMENT OF REVENUE,

Defendant and Appellant.

ORDER

Appellant is granted an extension of time until May 26, 2023, to prepare, file, and serve its opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 20 2023